FILED
 2014 Aug-04  PM 04:32
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, The,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES SMITH,<br><br>Defendant. | Case No. 4:13-cv-02167-KOB |

## ORDER OF DECLARATORY JUDGMENT

As stated in the Memorandum Opinion entered contemporaneously, the court ADOPTS the report and recommendation and ACCEPTS the RECOMMENDATIONS. The court, therefore, ORDERS that the Plaintiff's consent motion for declaratory judgment (doc. 16) is GRANTED, and judgment is entered against the Defendant as follows:

1. The disability insurance coverage for James Smith under group policy G-00316143-SC ("Policy") hereby is rescinded, void, and of no effect whatsoever as of the initial effective date.

2. Guardian hereby is discharged from all liability pertaining to coverage for James Smith under the Policy.

3. Each party shall bear its own attorney's fees, costs, and expenses.

The court directs the clerk to mail a copy of this Order to the Defendant.

DONE this 4th day of August, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE